IN THE UNITED STATES DISTRICT COURT FOR
THE ~~MIDDLE~~ NORTHERN DISTRICT OF ALABAMA

MARK ANTHONY BAINE #247581 )
Full name and prison number )
Of Plaintiff(s) )
)
)
v. )   CIVIL ACTION NO. _____
)   (To be supplied by Clerk of
RICHARD ALLEN, KIM THOMAS, )   U.S. District Court)
)
BILLY MITCHUM, DEWAYNE ESTES )
)
ALA. DEPT. OF CORRECTIONS )
)   5:17-cv-01023-AKK-JEO
)
_____ )
)
)
_____ )
Name of person(s) who violated )
Your constitutional rights. )
(List the names of all )
persons.) )

FILED
2017 JUN 19 P 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✓)  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) MARK A. BAINE #247581

            Defendant(s) RICHARD ALLEN, KIM THOMAS,
            DEWAYNE ESTES, BILLY MITCHUM, ALA. DEPT. OF CORR.

        2.  Court )if federal court, name the district; if
            state court, name the county)
            MONTGOMERY COUNTY, ALA

1

3. Docket number 03-CV-2014-000203-00

4. Name of judge to whom case was assigned
   WILLIAM A. SHASHY

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) SUMMARY DISMISSAL, APPEALED TO ALA. SUPREME COURT DISMISSAL FOR NO PRIVATE RIGHT OF ACTION, MATTER OF LAW.

6. Approximate date of filing lawsuit OCT. 15, 2014

7. Approximate date of disposition MAY 12, 2015

II. PLACE OF PRESENT CONFINEMENT LIMESTONE CORRECTIONAL FACILITY

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED LIMESTONE CORRECTIONAL FACILITY

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
   NAME                                           ADDRESS

1. RICHARD ALLEN, P.O. BOX 2069, MONTGOMERY, AL. 36102-2069
2. KIM THOMAS, 301 S. RIPLEY ST. P.O. BOX 301501, MONTGOMERY, AL. 36130-1501
3. DEWAYNE ESTES, 28779 NICK DAVIS RD. HARVEST, AL. 35749 (WARDEN)
4. BILLY MITCHUM, FORMER ADDRESS, 28779 NICK DAVIS RD. HARVEST, AL. 35749
5. ALA. DEP'T. CORR. 301 S. RIPLEY ST. MONTGOMERY, AL. 36104
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED AUG. 2006 - MAY 2013 - LEARNED HOW MY HIV STATUS DISCLOSED SEPT. 2013

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: INVASION OF PRIVACY, PUBLICIZING MEDICAL CONFIDENTIALITY ON INTERNET

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)

NAMED DEFENDANTS ARE RESPONSIBLE FOR PUBLICIZING MEDICAL CONFIDENTIALITY (HIV STATUS) ON THE ALA. DEP'T. CORRECTIONS WEBSITE BY STATEING THAT I WAS HOUSED AT LIMESTONE "SPECIAL UNIT" AND DECLARING "SPECIAL UNIT" IS FOR HIV INMATE

GROUND TWO: VIOLATION OF 5 USCS § 552a(b)

SUPPORTING FACTS: FAILED TO KEEP MEDICAL RECORDS CONFIDENTIAL, MAKING THEM PUBLIC KNOWLEDGE

GROUND THREE:

SUPPORTING FACTS:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

SUE NAMED DEFENDANTS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES FOR ACTUAL DAMAGES OF $5,000,000.00 EACH AND PUNITIVE DAMAGES OF $5,000,000.00 EACH

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5/30/17
         (Date)

_____
Signature of plaintiff(s)

Sworn Before me on the 30th day of May, 2017.

_____
Comission expires: 01/09/2019

4

MARK BAINE
C. DORM, #247581
1401 Hwy 20 WEST
DECATUR, AL. 35601

LEGAL
Mail

BIRMINGHAM
AL 352
16 JUN '17
PM 3 L

"This correspondence is forwarded from an Alabama State Prison. Its contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JUN 19 2017

SECURITY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
Rm. 140, HUGO L. BLACK U.S. COURTHOUSE
1729 5TH AVE. NORTH
BIRMINGHAM, AL. 35203-2195

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.67⁰
02 1P  0001857642  JUN 15 2017
MAILED FROM ZIP CODE 35601

35203-203799